*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 24-BG-0695**

IN RE DANIELLE ALEXANDRA PHILLIPS,

**2024 DDN 92**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1673229**

BEFORE:  McLeese and Shanker, Associate Judges, and Washington, Senior Judge.

### O R D E R
(FILED—October 3, 2024)

On consideration of the certified order from the United States District Court for the District of New Mexico permanently disbarring respondent from the practice of law before that court; this court's August 13, 2024, order suspending respondent pending disposition of this matter and directing her to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel requesting the functionally identical discipline of disbarment; and it appearing that respondent has not filed a response or her D.C. Bar R. XI, § 14(g) affidavit, it is

ORDERED that Danielle Alexandra Phillips is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established); *see also In re Bendet*, 719 A.2d 1243, 1244 (D.C. 1998) (disbarring attorney in reciprocal matter because permanent disbarment "exceeds the range of disciplinary sanctions which this court may impose upon this respondent").  It is

No. 24-BG-0695

FURTHER ORDERED that, for purposes of reinstatement, Ms. Phillips's disbarment will not begin to run until such time as she files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**